UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ORIGINAL FILED

NOV 19 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,

Plaintiff,

v.

Gheorghe Baltaga

Defendant.

No. CR 13-00703 LHK

**ORDER - CJA CONTRIBUTIONS DUE**

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[~~X~~] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ ~~500~~ PER MONTH, until the case is concluded or until further order of the Court, commencing:

[ ] That certain date of _____ and the SAME DAY each month thereafter;

[X] MAIL TO:  Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

[X] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $ 5,000, DUE BY 12/16/13 assuming defendant still has this amount after government's seizures of assets.

[ ] MAIL TO:  Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 11/19/13

_____
Howard R. Lloyd, U.S. Magistrate Judge